IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

**IN RE:**

Christine Elizabeth Flores

Debtor      Case No: 25-20375-13

### CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

The Debtor has failed to maintain payments as required under 11 U.S.C. Section 1326. The Trustee calculates the current default amount as $1750.00 through June 2025. If the Debtor has obtained new employment the Trustee requests the Debtor provide his or her employer information to the Trustee's office so a Wage Order may be generated and filed.

**WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c).

Dated: July 17, 2025

<u>s/ W.H. Griffin, Chapter 13 Trustee</u>
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com